**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO. | 8:17-cv-35-T-24AEP | DATE: | 7/18/18 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **SUNCOAST WATERKEEPER**, *et al.*,<br><br>           Plaintiffs,<br>v.<br><br>**CITY OF GULFPORT**,<br><br>           Defendant. | | **PLAINTIFFS' COUNSEL**<br>Christopher Sproul | |
| | | **DEFENDANT'S COUNSEL**<br>Emil Macasinag | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Jennifer Faggion |
| **TIME:** 11:06 - 11:16   **TOTAL:**   10 min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**   TELEPHONIC HEARING

* The Court directed that the deposition of the mayor go forward and not exceed two hours in length.

* Parties expressed interest in conducting a mediation conference with a magistrate judge. The Court directed the parties to contact chambers if they would like to proceed in that fashion.

* Order to follow.