UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNCOAST WATERKEEPER, ET AL.,

    Plaintiffs,

v.                                                      CASE NO. 8:17-cv-35-T-24 MAP

CITY OF GULFPORT,

    Defendant.
_____/

## NOTICE OF HEARINGS

A status conference in this case is scheduled for *Friday, November 16, 2018 at 9:00 a.m.* before the Honorable Susan C. Bucklew in Courtroom 10B of the Sam M. Gibbons U.S. Courthouse, located at 801 North Florida Avenue, Tampa, Florida 33602.  The parties have requested that their out-of-state counsel be permitted to appear by phone at the status conference. (Doc. No. 181).  Upon consideration, that request is granted.

Counsel who are participating by telephone are directed to call the reserved conference toll free at 1-888-684-8852. The access code to enter the telephone conference for all participants is: 5417637. Counsel will then be prompted to enter the participant security code: 1735 followed by the #(pound) key. This conference will be activated at 8:30 a.m. so the conference may start promptly at 9:00 a.m.

In the parties' Joint Status Report, the parties discuss the current stay of this case.  This case will remained stayed through December 13, 2018.  The Court will hold a second status conference on *Friday, December 14, 2018 at 9:00 a.m.* before the Honorable Susan C. Bucklew in Courtroom 10B of the Sam M. Gibbons U.S. Courthouse.  Counsel must attend this second

status conference in person and be prepared to discuss the scheduling of the deadlines in this case and setting the case for trial.

      **DONE AND ORDERED** at Tampa, Florida, this 13th day of November, 2018.

                                      SUSAN C. BUCKLEW
                                      United States District Judge

Copies to:
Counsel of Record