UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SUNCOAST WATERKEEPER, OUR CHILDREN'S EARTH FOUNDATION, and ECOLOGICAL RIGHTS FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GULFPORT,<br><br>Defendant. | Case No. 8:17-cv-0035-SCB-AEP |

**JOINT MOTION TO ENTER STIPULATED ORDER OF DISMISSAL
AND COURT'S RETENTION OF JURISDICTION**

Plaintiffs, SUNCOAST WATERKEEPER, OUR CHILDREN'S EARTH FOUNDATION and ECOLOGICAL RIGHTS FOUNDATION ("Plaintiffs"), and Defendant, the CITY OF GULFPORT, jointly move the Court to enter the Stipulated Order of Dismissal and Court's Retention of Jurisdiction.

I.    SETTLEMENT TERMS

The Parties have resolved this action through a settlement memorialized in a Stipulated Order of Dismissal and Court's Retention of Jurisdiction and its attachments ("Stipulated Order").[1] The Stipulated Order requires the City to construct additional

---

[1] The Stipulated Order was attached to Plaintiffs' Notice of Lodging filed on June 26, 2019 (Dkt. 269, 269-1), and Plaintiffs submitted it the United States for review under section 505(c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c)(3). Plaintiffs are filing the Stipulated Order contemporaneously with this motion as its own docket entry for signature and entry by the Court.

components to its wastewater collection system in order to improve the flow of wastewater during wet weather events which will minimize the risk of sanitary sewer overflows ("SSOs"); provides for an additional public interest project requiring the City to construct a Living Shoreline Project in area waters affected by the alleged violations or pay funds to the Tampa Bay Estuary Program ("TBEP"); imposes stipulated payments for any future SSOs, also payable to TBEP; and it resolves Plaintiffs' claim for "costs of litigation" under section 505(d) of the Clean Water Act, 33 U.S.C. § 1365(d). Stipulated Order at ¶¶ 1-3, 7 and Ex. 1-2 thereto. The City anticipates completing all requirements by December 31, 2022. *Id.* at ¶¶ 1, 3. In exchange for the City's commitments under the Stipulated Order, Plaintiffs' agree to dismiss their claims against the City through the date of this Court's entry of the Stipulated Order. *Id.* at ¶ 10.

The Court retains jurisdiction to enforce the Stipulated Order until the City has demonstrated completion of all settlement terms. *Id.* at ¶ 10. However, the Parties may not seek relief from the Court unless they have been unsuccessful in the dispute resolution process, including mediation attempts. *Id.* at ¶ 6. Further, the Stipulated Order cannot be modified without mutual agreement between the Parties, and material modifications will require Court approval. *Id.* at ¶ 5.

The United States has reviewed the settlement under section 505(c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c)(3), and states it has no objection to the settlement. *See* August 9, 2019 Letter from the United States Department of Justice to the Court (Ex. 1 hereto).

II.     THE COURT SHOULD ENTER THE STIPULATED ORDER

There is no dispute remaining between the Parties, and the settlement embodied in the Stipulated Order is the result of extensive, arms-length negotiations. Having worked cooperatively to reach agreement on the Stipulated Order and its attachments, the Parties believe the settlement is fair, reasonable, in the public interest and consistent with the Clean Water Act.

Accordingly, the Parties respectfully and jointly direct the Court's attention to Page 12 of the Stipulated Order and move the Court for entry.

Respectfully submitted,

August 12, 2019

| | |
|---|---|
| */s/ Justin Bloom* | */s/ Kevin H. Hennessy* |
| Justin Bloom | KEVIN S. HENNESSY, ESQUIRE |
| FL Bar # 89109 | Florida Bar No. 0602558 |
| Justin Bloom Attorney at Law, PA | RICHARD P. GREEN, ESQUIRE |
| P.O. Box 1028 | Florida Bar No. 0119530 |
| Sarasota, FL 34230 | LEWIS, LONGMAN & WALKER, P.A. |
| Telephone: (917) 991-7593 | 100 Second Avenue South, Suite 501-S |
| Facsimile: (866) 574-2169 | St. Petersburg, FL 33701 |
| Email: bloomesq1@gmail.com | Telephone: (727) 245-0820 |
| | Facsimile: (727) 290-4057 |
| */s/ Kathryn Schmidt* | Primary Email: khennessy@llw-law.com |
| Kathryn Schmidt, *Pro Hac Vice* | rgreen@llw-law.com |
| Van Ness Feldman LLP | Secondary Email: jbissette@llw-law.com |
| 1050 Thomas Jefferson St. NW | jdavy@llw-law.com |
| Washington, DC 20007 | |
| P: 202.298.1982 | |
| F: 202.338.2361 | |
| E: kschmidt@vnf.com | |
| | |
| *Attorneys for Plaintiffs, SUNCOAST WATERKEEPER, OUR CHILDREN'S EARTH FOUNDATION, ECOLOGICAL RIGHTS FOUNDATION* | *Attorneys for Defendant THE CITY OF GULFPORT, FLORIDA* |